IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN BARBER, *et al.*,<br><br>      *Plaintiffs*,<br><br>v.<br><br>AVCO CORPORATION, *et al.*,<br><br>      *Defendants*. | CIVIL ACTION<br>NO. 15-03146 |

## ORDER

**AND NOW**, this 16th day of November, 2015, upon consideration of Plaintiffs' Motion to Remand (ECF No. 22) and Defendant D&G Supply's Response (ECF No. 26), it is hereby **ORDERED** that Plaintiffs' motion to remand the case to the Court of Common Pleas of Philadelphia County is **GRANTED**.

The Clerk of Court shall **REMAND** this matter to the Court of Common Pleas of Philadelphia County and mark this case as **CLOSED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.